# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE SOTO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 8:23-cv-00861-FWS-DFM<br><br>Hon. Fred W. Slaughter, District Judge<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff ANGELIQUE SOTO ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on November 13, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $112,879.20 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED**.

Dated: January 23, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1
**JUDGMENT**